

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | FILED |
| ) | |
| Plaintiff, ) | OCT 1 8 2018 |
| ) | |
| v.                              )   No. | U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS |
| ) | |
| DENNIS BRIAN KLOPFENSTEIN, ) | 4:18-CR-00860 HEA/PLC |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about October 23, 2017, in the Eastern District of Missouri the defendant,

**DENNIS BRIAN KLOPFENSTEIN,**

did knowingly deposit in a post office or authorized depository for mail matter and caused to be delivered by the United States Postal Service a letter containing a threat to injure the person of the addressee and of another.

In violation of Title 18, United States Code Section 875(c).

DATE: _____                    A TRUE BILL


_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
THOMAS C. ALBUS
Assistant United States Attorney