FILED
AUG 26 2019
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. SI4:18-CR-00860 HEA |
| ) | |
| DENNIS KLOPFENSTEIN, ) | |
| ) | |
| Defendant. ) | |

### SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT I
### MAILING THREATENING COMMUNICATIONS: 18 U.S.C. § 876(C)

On or about October 25, 2017, in the Eastern District of Missouri, the defendant, Dennis Klopfenstein, knowingly caused to be delivered by the Postal Service according to the directions thereon a communication, addressed to the home of R.J. Sr. in St. Louis, within the Eastern District of Missouri, and containing a threat to kidnap or to injure.

All in violation of Section 876(c) of Title 18 of the United States Code.

DATED: 8/9/19

JEFFREY B. JENSEN
United States Attorney

*[signature]*
LINDSAY MCCLURE-HARTMAN, #66070
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Lindsay McClure-Hartman, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
LINDSAY MCCLURE-HARTMAN, #66070MO

Subscribed and sworn to before me this __9__ day of August, 2019.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK